UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:18-CR-25-KAC-HBG-1 |
| RICKY DAVIS, | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge H. Bruce Guyton's report and recommendation [Doc. 85] on Defendant's "Motion and Memorandum to Dismiss Based on Speedy Trial 18 U.S.C. § 3161" [Doc. 61]. Judge Guyton recommends that Defendant's motion to dismiss be denied and that Defendant remain in custody pending trial. Neither party has objected to the report and recommendation, and the time for doing so has expired. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).

After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 85] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). Defendant's "Motion and Memorandum to Dismiss Based on Speedy Trial 18 U.S.C. § 3161" [Doc. 61] is **DENIED,** and Defendant shall remain in custody pending trial.

IT IS SO ORDERED.

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge